IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**HERBERT H. HENDERSON,**
    **Plaintiff,**

v.                                          **CASE NO.:  3:04cv19/MCR/MD**

**JO ANNE B. BARNHART,
Commissioner of Social Security,**
    **Defendant.**
                                      /

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 25, 2005.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

      Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.     The plaintiff's motion for attorney fees and costs (doc. 30) is GRANTED as set forth below.

      3.     Plaintiff's counsel, Gilbert B. Laden, Esquire, is entitled to recover a reasonable fee and expenses for representing plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA); attorney fees under the EAJA in the amount of $1,750.00 are reasonable; and the

Commissioner is directed to pay counsel that amount.  Costs in the amount of $150.00 are also awarded, to be paid from the Judgment Fund.

DONE AND ORDERED this 28th day of June, 2005.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**


*Case No:  3:04cv19/MCR/MD*